IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

JOE LOUIS KELLEY
#084474
                                                                                    PLAINTIFF

v.                                      No. 2:22-cv-34-DPM

BRANDON DAVIS, Deputy Warden;
TONI SHOCKEY, Chaplain; and
KEITRICH WADE, Coach, Recreation
Supervisor                                                                          DEFENDANTS

ORDER

On *de novo* review, the Court adopts the Magistrate Judge Ervin's partial recommendation, Doc. 11, and overrules Kelley's objections, Doc. 14. FED. R. CIV. P. 72(b)(3). Kelley's requests for preliminary relief are too far reaching. And, on this record, he has not established that he will be irreparably harmed in the absence of an injunction. On balance, a preliminary injunction is not warranted. Kelley's embedded motion, Doc. 1, is therefore denied.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

5 July 2022