# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

JOE LOUIS KELLEY                                                    PLAINTIFF

v.                                 No. 2:22-cv-34-DPM

BRANDON DAVIS, Deputy Warden;
TONI SHOCKEY, Chaplain;  and
KEITRICH WADE, Coach, Recreation
Supervisor                                                       DEFENDANTS

## ORDER

On *de novo* review, the Court adopts Magistrate Judge Ervin's recommendation as supplemented, *Doc. 32*, and overrules Kelley's objections, *Doc. 33*.  Fed. R. Civ. P. 72(b)(3).  A litigant cannot avoid the statute's requirement of pre-suit exhaustion by filing a motion for injunctive relief.  A motion requires a foundation—a case-commencing pleading.  The Court properly treated Kelley's motion as his complaint and request for injunctive relief.  Motion for summary judgment, *Doc. 25*, granted.  Kelley's complaint will be dismissed without prejudice for failure to exhaust.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_____
18 January 2023