IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

JOE LOUIS KELLEY                                                                 PLAINTIFF

v.                                    No. 2:22-cv-34-DPM

BRANDON DAVIS, Deputy Warden;
TONI SHOCKEY, Chaplain; and
KEITRICH WADE, Coach, Recreation
Supervisor                                                                       DEFENDANTS

## JUDGMENT

Kelley's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

18 January 2023